Elmer F. KELM, Collector of Internal Revenue of the United States, for the District of Minnesota, Appellant,

v.

David J. WINTON.

No. 15203.

United States Court of Appeals Eighth Circuit.

Nov. 12, 1954.

**958**

George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Ward B. Lewis, Minneapolis, Minn., for appellee.

Appeal from District Court, 122 F. Supp. 649, dismissed, on stipulation of parties.